EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorneys
Suite 6100, Box 50183
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00064 SOM |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. §§ 841(a)(1); 846;] |
| v. ) | |
| TIMOTHY O'TOOLE, ) | |
| Defendant. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

From a date unknown, but from at least on or about June 1, 2001, to on or about July 1, 2001, in the District of Hawaii, the defendant TIMOTHY O'TOOLE, together with Gordon Wat, Von Nelson, Gordon Hill, and other co-conspirators, but not defendants herein, did conspire together and with each other and

with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute in excess of fifty (50) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the defendant performed overt acts in the District of Hawaii, including but not limited to the following:

1. In or around June, 2001, defendant TIMOTHY O'TOOLE provided information to Gordon Wat about an individual who was holding a large quantity of drugs.

2. On or about June 29, 2001, co-conspirators Von Nelson, Gordon Hill, Gordon Wat and others obtained a large quantity of crystal methamphetamine-"ice," from the individual which they each held for distribution in ounce and grams quantities.

3. Between June 29, 2001 and July 1, 2001, Gordon Wat gave defendant TIMOTHY O'TOOLE approximately nine to ten ounces

of crystal methamphetamine which Gordon Wat had obtained on June 29, 2001.

4. On or about July 1, 2001, Defendant TIMOTHY O'TOOLE stored a quantity of crystal methamphetamine-"ice," given to him by Gordon Wat in his residence in Honolulu, Hawaii with the intent to distribute a quantity of the "ice."

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges that:

On or about July 1, 2001, in the District of Hawaii, defendant TIMOTHY O'TOOLE, did knowingly and intentionally possess with intent to distribute more than fifty (50) grams of methamphetamine, its salts, isomers and salts of its isomers, approximately 141 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

The Grand Jury further charges that:

On or about February 22, 2002, in the District of Hawaii, defendant TIMOTHY O'TOOLE, did knowingly and intentionally possess with intent to distribute more than five

(5) grams of methamphetamine, its salts, isomers and salts of its isomers, approximately 7 grams, a Schedule II controlled substance.

      All in violation of Title 21, United States Code, Section 841(a)(1).

      DATED:   February 28, 2002, Honolulu, Hawaii.

                      A TRUE BILL

                        /s/
                      FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*

ELLIOT ENOKI
First Assistant U.S. Attorney
District of Hawaii

*[signature]*

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


United States v. O'Toole,
CR. NO._____
Indictment