RICHARD NAIWIEHA WURDEMAN 6015-0
1188 Bishop Street, Suite 707
Honolulu, Hawaii 96813
Telephone: (808) 536-0633

Attorney for Defendant
    TIMOTHY O'TOOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00064 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | AMENDING JUDGMENT IN A |
| vs. | ) | CRIMINAL CASE, FILED ON JULY |
| | ) | 10, 2003 |
| TIMOTHY O'TOOLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**STIPULATION AND ORDER AMENDING JUDGMENT IN A
CRIMINAL CASE, FILED ON JULY 10, 2003**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Judgment in a Criminal Case, filed on July 10, 2003, in the above-entitled case be amended as follows:

On page 2 of 6 of the said Judgment in a Criminal Case under the section "Imprisonment," the said Judgment shall be amended from "[t]he defendant shall surrender to the United States Marshal for this district...at 10:00 a.m. on 8/18/03" to "the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons by 10:00 a.m. on 8/18/03." Thus, the Defendant shall self-surrender for his service of sentence at the institution designated by the Bureau of Prisons by 10:00 a.m. on

August 18, 2003.

All other provisions, terms and conditions set forth in the Judgment in a Criminal Case, filed on July 10, 2003, in the above-entitled case, shall remain in full force and effect.

DATED: Honolulu, Hawaii, __AUG 1 4 2003__.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____    _____
   Assistant U.S. Attorney    RICHARD NAIWIEHA WURDEMAN
                              Attorney for Defendant
                              TIMOTHY O'TOOLE

IT IS SO APPROVED AND ORDERED:

DATED: __8/14/03__ at Honolulu, Hawaii.

_____
HONORABLE SUSAN OKI MOLLWAY
United States District Judge
District of Hawaii

---

U.S.A. vs. Timothy O'Toole
CR. NO. 02-00064 SOM
STIPULATION AND ORDER AMENDING JUDGMENT IN
A CRIMINAL CASE, FILED ON JULY 10, 2003