EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  541-2850
Facsimile:  541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00064-001 |
| | ) | |
| Plaintiff, | ) | RELEASE OF NOTICE OF LIEN |
| | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY O'TOOLE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on July 7, 2003, a Judgment In A Criminal Case was entered against Timothy O'Toole, (SSN: XXX-XX-5152) in the U.S. District Court, District of Hawaii, ordering payment of an assessment of $100.00 and a fine of $2,500.00.

A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To the Anti-Terrorism and Effective Death Penalty Act of 1996 was recorded on August 8, 2003 at the Bureau of Conveyances, State of Hawaii, Document No. 2003-165801.

The liability to pay on the special assessment and restitution amounts were satisfied.

DATED: February 21, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: /s/ Edric M. Ching
EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff